**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS L. CORRALES, AN INDIVIDUAL,<br><br>        Plaintiff,<br><br>    v.<br><br>CHASE HOME FINANCE, LLC, A LIMITED LIABILITY CORPORATION; JP MORGAN CHASE BANK, N.A., AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 11-01404 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>October 19, 2011</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge